E. W. LEWIS, Appellant, v. ED. HOGAN; L. O. JACOBS, Appellant, v. CLAUS DOOS *et al.;* GEO. L. W. WOOD, Appellant, v. PETER ZOHF *et al.*; G. W. LEWIS, Appellant, v. HERMAN GRAEBER *et al.*

*Appeal from Iowa District Court.*—HON. S. H. FAIRALL, Judge.

SATURDAY, MAY 26, 1894. ·

*Hedges, Rumple & Lake* for appellants.

*S. H. Fairall* for appellees.

ROBINSON, J.—Each of these cases involves the question determined by us during the present term of this court in the case of *Wood v. Baer*, 59 N. W. Rep. 289. In these cases we have been favored with an argument for the appellees, which we have read with care. We remain satisfied with our decision in the case specified, and, following it, the decree in each of these cases is REVERSED.